7-27-15

Court Clerk of Criminal Appeals; 76,670-06

My name is Lamar Lovett #1687455. I have a schizoeffective Bi polar problem. Please don't get mad at me, Am I on the docket for to get my 11.07 looked at. Please let me know. Your attention to this request is greatly appreciated.

Thank you

*Lamar Lovett*
Lamar Lovett #1687455
3614 Bill Price Rd
Del Valle TX 78617

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 3 0 2015
Abel Acosta, Clerk

Lamar Lovett

v

State of Texas

Court of Criminal Appeals
P.O. Box 12308
Austin TX 78711

WR-76,670-06

RE-D-1-DC-10-904094

To The Honorable Justices of the court of criminal Appeals, It is not my intention to Anger this court. First of all I do have a mental illness. (2) On 4-30-15 I recieved notice that stated this. On this day, the supplemental clerks record in response to the order issued by this court has been recieved and presented to the court. (3) It is in violation of the time set up by the court of Criminal Appeals. It wasn't completed in the 90 days ordered by the court. #(4) on the 120 days to turn over the affidauts and Integratories all od them by the court. (5) Out 299 simply did not comply with the order. (6) I belive my Due process right to a fain trial has been violated by our constitution of the United States of America. (7) I humbly ask the court of criminal Appeals to rule accordingly your attention to this motion is greatly appreciated

Prayer

I pray the court grant all relief to the 11.07 motion cause #D-1-DC-10-904094 WR-76,670-06

Declaration

I declare under penalty of perjury that all thise said in this motion is True

Signed Lamar Lovett TDCJ#1697455
Lamar Lovett
3614 Bill Price Rd
Del Valle TX 78617